In the Matter of the Application of GEORGE W. PALMER, as Comptroller of the City of Brooklyn, Respondent, for a Peremptory Writ of Mandamus; JOSEPH BENJAMIN, City Clerk, Appellant.

*Matter of Palmer*, 21 App. Div. 180, affirmed.
(Argued December 6, 1897; decided January 11, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 12, 1897, which reversed an order of Special Term denying an application for a peremptory writ of mandamus.

*Hugo Hirsh* for appellant.

*Joseph A. Burr* for respondent.

Order affirmed, with costs, on opinion below.
All concur.

---

FREDERICK HOLTHAUSEN et al., Respondents, *v.* WILLIAM E. KELLS et al., as Executors of THOMAS KELLS, Deceased, Appellants.

*Holthausen* v. *Kells*, 18 App. Div. 80, affirmed.
(Submitted December 6, 1897; decided January 11, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1897, upon an order which affirmed a judgment in favor of plaintiffs entered upon a decision of the Kings County Court.

*Henry Cooper* for appellants.

*Daniel Cameron* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur.